**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1869**

_____

WILLIAM N. PIZARRO,

                Plaintiff - Appellant,

      v.

MCDONALD'S RESTAURANT; JOSELIN CABRERA; JOHN DOE; JANE DOE;
BETOR FOODS INC.; GALLAGHER BASSET SERVICES INC.; SPARTA
INSURANCE; MCDONALD'S CORPORATION,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   J. Michelle Childs, District
Judge. (6:12-cv-01440-JMC)

_____

Submitted: December 20, 2012     Decided: December 26, 2012

_____

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William N. Pizarro, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William N. Pizarro appeals the district court's order transferring his civil action to the United States District Court for the District of Massachusetts. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2012). The magistrate judge recommended that relief be denied and advised Pizarro that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Pizarro has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2